CROWELL & MORING LLP
Warrington Parker III (SBN 148003)
WParker@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

CROWELL & MORING LLP
Alexander J. Urbelis (pro hac vice pending)
AUrbelis@crowell.com
Preetha Chakrabarti (pro hac vice pending)
PChakrabarti@crowell.com
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

*Attorneys for Movant
Shulim Leifer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHULIM LEIFER<br><br>          Movant,<br><br>     v.<br><br>TWITTER, INC.<br><br>          Respondent. | Case No. 3:22-mc-80319<br><br>**DECLARATION OF ALEXANDER URBELIS IN SUPPORT OF PLAINTIFF SHULIM LEIFER'S NOTICE OF MOTION AND MOTION TO COMPEL TWITTER, INC. TO RESPOND TO SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:    TBD<br>Time:   TBD<br>Ctrm:   TBD<br>Judge:  TBD |

I, Alexander Urbelis, hereby declare and state as follows:

1. I am a senior counsel at Crowell & Moring LLP, and am counsel for movant Shulim Leifer ("Leifer") in the above captioned matter. I have personal knowledge of the facts

CROWELL
& MORING LLP
ATTORNEYS AT LAW

URBELIS DECL. ISO NTC OF MTN AND
MTN TO COMPEL, TWITTER RE SUBPOENA
CASE NO. 3:22-MC-80319

set forth below, except when such matter is stated upon information and belief and, as to those facts, I believe them to be true. If called as a witness, I could and would testify competently thereto.

2. Pursuant to the Order on Expedited Discovery and concurrent Subpoena (attached as Exhibits 4 and 1 to the Declaration of Warrington Parker), Twitter's counsel, Norton Law Firm, PC, contacted Crowell & Moring, LLP to meet and confer concerning compliance with the Subpoena. Parker Decl., Exh. 1, 4. Counsel for Plaintiff and Twitter participated in three meet-and-confer conferences (June 13, June 24, and June 30) and filed two joint motions seeking an extension to Twitter's deadline to file any motion contesting the Subpoena. Throughout the discussions, Leifer made it clear that he was willing to narrow the scope of the subpoena or accept fewer data points (*e.g.*, only IP addresses and dates) to avoid having to file a motion to compel Twitter's compliance. Twitter refused all efforts to compromise and insisted Leifer file this motion to compel, as opposed to Twitter filing a motion to quash or modify the Subpoena before Judge Bulsara.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 21, 2022, in New York, New York.

Dated: November 21, 2022        CROWELL & MORING LLP

By: _____

Alexander Urbelis
*Attorney for Movant*
*Shulim Leifer*